AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRIBUTE COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF  NEVADA

Eric Hague,

     Plaintiff,       JUDGMENT IN A CIVIL CASE

  V.

                      CASE NUMBER: **3:06-cv-00506-BES-RAM**

Adam Garcia, et al.,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Document #18) is GRANTED.


  February 19, 2008                                  **LANCE S. WILSON**
                                                                        Clerk

                                                          /s/ Katie Lynn Ogden
                                                             Deputy Clerk